**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Paul Stations, Inc., dba Paige Ave Mini Mart and Prithi Paul Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RACHEL LOBATO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL STATIONS, INC., dba PAIGE AVE MINI MART; PRITHI PAUL SINGH;<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00381-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PAUL STATIONS, INC., dba PAIGE AVE MINI MART and PRITHI PAUL SINGH TO RESPOND TO COMPLAINT |

　　　　WHEREAS:

1.　　Plaintiff RACHEL LOBATO filed her complaint in this action on March 9, 2015.

2.　　This is the second request for an extension of time for PAUL STATIONS, INC., dba PAIGE AVE MINI MART and PRITHI PAUL SINGH  ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3.　　Plaintiff and Defendants are in settlement negotiations at this time.

4.　　Defendants have obtained a CASp inspection, and a short time is needed for all parties to review the report before a proposed plan of remediation and settlement can be agreed upon.

5.　　The parties agree that settlement of this case would save valuable court time and resources.

6.　　The parties have agreed to extend Defendants' time to respond to the complaint until June 30, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Rachel Lobato through her attorneys, hereby stipulate and agree that the time for PAUL STATIONS, INC., dba PAIGE AVE MINI MART and PRITHI PAUL SINGH to answer or otherwise respond to the Complaint shall be extended up to and including June 30, 2015, pending court approval.

**IT IS SO STIPULATED.**

Dated: May 26, 2015

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Rachel Lobato

Dated: May 26, 2015

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Paul Stations, Inc., dba Paige Ave Mini Mart and
Prithi Paul Singh

IT IS SO ORDERED.

Dated: **May 27, 2015**

UNITED STATES MAGISTRATE JUDGE