# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL STATIONS, INC., et al.,<br><br>        Defendants. | Case No. 1:15-cv-00381-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>August 12, 2015 Deadline |

On July 13, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before August 12, 2015.

IT IS SO ORDERED.

Dated:   **July 14, 2015**

UNITED STATES MAGISTRATE JUDGE

1